WALTER GOODENOUGH, Respondent, v. HENRY W. PHELPS, Appellant, and CHARLES C. FIELD, Defendant.— Order, in so far as appealed from, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, requiring plaintiff to furnish the particulars specified in item No. 7 of the notice of motion. (*Aub* v. *Hoffman*, 120 App. Div. 50; *Squires* v. *Kissam*, 121 id. 607; *Pace* v. *Amend*, 164 id. 209; *Gormly* v. *Smith*, 165 id. 169; *Hart* v. *Terri, Inc.*, 217 id. 717.) Particulars to be furnished within ten days from service of a copy of the order herein. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.

IRENE GREENE, Appellant, v. JACOB PHILIPS, Respondent.— Order and judgment modified by striking from each the words " on the merits " and by striking from the order the words " Ordered, that no leave be granted to the plaintiff further to amend the complaint; and further," and as so modified affirmed, with ten dollars costs and disbursements to appellant, with leave to plaintiff to plead anew within twenty days from the entry of the order herein. Allegations of obvious immorality are interminged with matters that may be deemed to be valid, and in the new pleading the objectionable matter may be eliminated. Young, Kapper and Tompkins, JJ., concur; Lazansky, P. J., and Hagarty, J., dissent and vote to affirm upon the ground that the contract as pleaded involves the assumption of illegal obligations between the parties contrary to public policy. (*Randolph* v. *Stokes*, 125 App. Div. 679.)

ANNA GUARNIERI, Respondent, v. MICHAEL GUARNIERI, Appellant.— Order denying motion to vacate order of arrest affirmed, without costs. No opinion. Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of APARTMENT HOMES COMPANY, INC., Appellant, and on Behalf of All Others Similarly Situated, for a Writ of Mandamus against CHARLES SNEDEKER, Supervisor, CHARLES E. SCHMIDT, Town Clerk, and ARTHUR W. JONES and Others, Constituting the Town Board of the Town of North Hempstead, County of Nassau, State of New York, Respondents.— Order denying motion for a peremptory mandamus order unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Judicial Settlement of the Account of STELLA GIER, as General Guardian of the Person and Estate of MICHAEL GIER, an Infant. MICHAEL GIER and STELLA GIER, as General Guardian, etc., of MICHAEL GIER, an Infant, etc., Respondents; THE AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Order of the Surrogate's Court of Queens county vacating decree affirmed, with ten dollars costs and disbursements, payable by appellant to respondent Michael Gier. No opinion. Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ., concur.